IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

SEYED SAHAMEDDEN GHIASSI AFJEN,

      Appellant,

  v.

                             Case No.  5D21-1420
                             LT Case No. 2020-SC-000992-19

TWIN RIVERS HOMEOWNER'S
ASSOCIATION, INC.,

      Appellee.
_____/

Decision filed May 24, 2022

Appeal from the County Court
for Seminole County,
James J. Dekleva, Judge.

Seyed Sahamedden Ghiassi Afjen, Oviedo,
pro se.

Therese A. Savona and Geraldine P. Pena,
of Cole, Scott & Kissane, P.A., Orlando, for
Appellee.

PER CURIAM.

     AFFIRMED.

EVANDER, TRAVER and WOZNIAK, JJ., concur.